PHINNEY *v.* SHEPPARD, &c., HOSPITAL TRUSTEES.

ERROR TO THE COURT OF APPEALS OF THE STATE OF MARYLAND.

No. 392.　Submitted March 19, 1900.—Decided April 9, 1900.

Dismissed on the authorities cited.

THIS was a motion to dismiss for want of jurisdiction.

*Mr. William Pinkney White, Mr. George R. Willis* and *Mr. Francis T. Homer* for the motion.

*Mr. Abner McKinley* and *Mr. E. J. D. Cross* opposing.

THE CHIEF JUSTICE: Cause reported in state court, 88 Maryland, 633. Writ of error dismissed on the authority of *Williams* v. *Eggleston,* 170 U. S. 304, 309; *Hamblin* v. *Western Land Company,* 147 U. S. 531; *Wilson* v. *North Carolina,* 169 U. S. 586, 595.